387 A.2d 102

Brooks Harvey Realty Investors v. Richard's 5 & 10, Inc., Appellant.

Argued December 12, 1977. M. Yanoff, with him Norman Ashton Klinger, for appellant; Michael J. Sheridan, for appellee.

Order affirmed.

WATKINS, P. J., and JACOBS, J., did not participate in the consideration or decision of this case.